NUMBER 13-07-00586-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________ __________

 

BELEN VARGAS, DECEASED, Appellant,


v.



MARIANO VARGAS, Appellee. 

____________________________________________________________




On Appeal from the 24th District Court 

of De Witt County, Texas.

____________________________________________________________

MEMORANDUM OPINION


Before Justices Yañez, Benavides, and Vela

Memorandum Opinion Per Curiam


 Pro se appellant, Belen Vargas, perfected an appeal from a judgment entered by
the 24th District Court of De Witt County, Texas, in cause number 07-01-20,545. The
record was filed and appellant's brief became due, but no appellant's brief has been filed. 
On March 30, 2009, this Court was advised by appellant's sister, Linda Perez (Perez), that
appellant died on October 5, 2008. 

 On June 8, 2009, the Clerk of this Court spoke with Perez regarding the
administration of appellant's estate. Perez indicated that she was in the process of
seeking legal counsel to appoint a legal representative for appellant's estate and determine
if the representative, if any, and/or her heirs desire to prosecute the appeal. Perez stated
that appellant had no children, was divorced, and that appellant's siblings are the closest
living relatives. The Clerk of the Court sent a letter to Perez requiring her to inform the
Court by July 31, 2009, whether there would be an administration of appellant's estate and
whether there would be a legal successor to appellant who would be prosecuting the
appeal to conclusion. Perez was advised that if the Court did not receive a response, the
appeal would be subject to dismissal for want of prosecution. To date, the Court has not
received any information regarding the administration of appellant's estate. 

 Accordingly, we dismiss the appeal for want of prosecution. See Tex. R. App. P.
42.3(b).

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 15th day of October, 2009.